IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01849-WYD-MJW

CLIFFORD LOTT,

    Plaintiff,

v.

THE LAW OFFICES OF MITCHELL D. BLUHM & ASSOCIATES, LLC, a Georgia limited liability company,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, with each party to pay his or its own attorney's fees and costs.

Dated:  September 6, 2013

                                          BY THE COURT:


                                          /s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          SENIOR UNITED STATES DISTRICT JUDGE